UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

Yvonne Caldwell, )
)
               Plaintiff, )
) Case No. 1:16-cv-294-BR
vs. ) STIPULATION OF DISMISSAL
)
Patterson-Erie Corp. and Burger King Corp. )
)
             Defendants, )

The parties hereby stipulate and agree that the above referenced case is hereby settled and dismissed with prejudice.

Dated: May 15, 2017

_____
Brian Chapin York, Esq.
Attorney for Plaintiff
106 Forest Avenue
Jamestown, NY 14701
Email: briancyork@windstream.net
Phone: 716-664-1140
Fax: 716-483-3671

_____
Peter B. Skeel, Esq.
Attorney for Defendants
2559A Brandt School Road
Sunset Building, Suite 200
Wexford, PA 15090
Email: skeelp1@nationwide.com
Phone: 724-934-6673
Fax: 866-402-4589